# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:24-mj-00096 |
| Amanda Grace Wolberg | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 15, 2024__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Injury and depredation of government property in an amount exceeding $1,000. |

This criminal complaint is based on these facts:

See attached affidavit of FPS Inspector Marquez.

☑ Continued on the attached sheet.

/s/ Robert M. Marquez, by phone
*Complainant's signature*

Robert M. Marquez, Inspector, FPS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __11:30__ a.m./p.m.

Date: 5/16/2024

*Stacie F. Beckerman* (signature)
*Judge's signature*

City and state: Portland, Oregon

Honorable Stacie F. Beckerman
*Printed name and title*